# Third District Court of Appeal

## State of Florida

Opinion filed December 24, 2014.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D11-1470
Lower Tribunal No. 08-29249-B

_____

**Bernard Pierre,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Jaqueline Hogan Scola, Judge.

Andrew F. Rier, P.A., and Daniel Tibbitt, for appellant.

Pamela Jo Bondi, Attorney General, and Shayne R. Burnham, Assistant Attorney General, for appellee.

Before SALTER, EMAS and SCALES, JJ.

PER CURIAM.

We affirm appellant's conviction without prejudice to appellant making a timely and proper motion seeking postconviction relief pursuant to Florida Rule of Criminal Procedure 3.850.

Affirmed.